No. 68622.—All-World Trading & Import Co. *v.* United States, protests 61/14397, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 9, 1964

No. 68623.—Alroy Packing Co. and W. J. Byrnes & Co., Inc. *v.* United States, protest 62/18889 (San Francisco).

Opinion by DONLON, J.  In accordance with oral stipulation of counsel that the merchandise consists of "peeled pumpkin seeds, or pumpkin seed kernels which have been peeled" similar in all material respects to those the subject of *George Beurhaus Co.* and *Hoyt, Shepston & Sciaroni* v. *United States* (32 Cust. Ct. 269, C.D. 1612), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 10, 1964

No. 68624.—Crown Curtis Co., Inc. *v.* United States, protests 63/3838, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of steel bandsaws similiar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.